# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MELECIO ARREOLA-LOPEZ,** | ) |
| Petitioner/Defendant, | ) |
| | ) CIVIL NO. 08-cv-845-DRH |
| vs. | ) |
| | ) CRIMINAL NO. 03-cr-30121-DRH |
| **UNITED STATES of AMERICA ,** | ) |
| Respondent/Plaintiff. | ) |

## **JUDGMENT**

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** with prejudice. Judgment is entered in favor of Respondent and against Petitioner. Petitioner is to take nothing from this action.

December 1, 2008  By: /s/    DavidRHerndon
*Date*  *District Judge*